UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RONALD D. LEONARD,

    Plaintiff,

v.

UNITED ASSOCIATION OF JOURNEYMEN
& APPRENTICES OF THE PLUMBING &
PIPE FITTING INDUSTRY OF THE UNITED
STATES & CANADA, *et al.*,

    Defendants.

Case No. 1:15-cv-256

Judge Timothy S. Black
Magistrate Judge Karen L. Litkovitz

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 28)**

    This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the filings with this Court and, on January 26, 2016, submitted a Report and Recommendation (Doc. 28). No objections were filed.

    As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendation should be and is hereby adopted in its entirety. Accordingly:

1. The Report and Recommendation (Doc. 28) is **ADOPTED**;

2. Defendants' motions to dismiss Plaintiff's Complaint (Docs. 12, 13) are **GRANTED**; and

3. The Clerk shall enter judgment accordingly, whereupon this civil action is **TERMINATED** in this Court.

**IT IS SO ORDERED**.

Date: 2/23/16

Timothy S. Black
United States District Judge